Commonwealth *v.* Daley, Appellant.

Submitted September 11, 1972. *Anthony J. Urban,* Public Defender, for appellant; *Joseph Holo-*

*chuck,* Assistant District Attorney, and *Richard B. Russell,* District Attorney, for Commonwealth, appellee.

Order affirmed.